DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
DAVID WIKSELL
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEVEN BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MJ No. 10-14-GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| STEVEN BAKER, ) | Date:  March 31, 2010 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Gregory G. Hollows |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, STEVEN BAKER, by and through her counsel, LAUREN CUSICK, Assistant Federal Defender, that the court trial set for March 31, 2010 at 9:00 a.m. be vacated.

///

///

1    We respectfully request the Court set a change of plea and
2 sentencing on April 15, 2010, at 2:00 p.m.
3 Dated:  March 29, 2010
                                       Respectfully submitted,
4
                                       DANIEL J. BRODERICK
5                                      Federal Defender

6

7                                       /s/ Lauren Cusick
                                       LAUREN CUSICK
8                                      Assistant Federal Defender
                                       Attorney for Defendant
9                                      STEVEN BAKER

10

11 Dated:  March 29, 2010              BENJAMIN WAGNER
                                       United States Attorney
12

13                                     /s/ Matthew Stegman
                                       MATTHEW STEGMAN
14                                     Assistant U.S. Attorney

15                                  ORDER

16    The court trial set for March 31, 2010, at 9:00 a.m. is vacated
17 and reset to a change of plea and sentencing on April 15, 2010, at 2:00
18 p .m.
19    IT IS SO ORDERED.
20 DATED: April 2        , 2010   /s/ Gregory G. Hollows
   nunc pro tunc
21                                     HON. GREGORY G. HOLLOWS
                                       United States Magistrate Judge
22 baker14.eot

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER   -2-