UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Steven Barker

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City ____ State ____ Zip Code ____

CITATION / CASE NO. 2:10MJ00014-GGH

## ORDER TO PAY

**FILED**

APR 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT

DATE: 4-15-10    _____
                 DEFENDANT'S SIGNATURE

### YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

(X) FINE TOTAL of $ 500.00 _____ and a penalty assessment of $ 10.00 ____ within _____
_____ days/months or payments of $ _____ per month, commencing _____
and due on the July 19, 2010 _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) PROBATION to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. Box 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~  501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 4/15/2010    _____
                   U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97